August Gugelmann, SBN 240544
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorney for SHINDOZJANAE SMITH

FILED

Sep 06 2024

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>SHINDOZJANAE SMITH,<br><br>　　　　　　　　　Defendant. | Case No. CR 19-0464 JSW (DMR)<br><br>**STIPULATION AND RELEASE ORDER OF DEFENDANT FOR SEPTEMBER 10, 2024** |

   Defendant Shindozjanae Smith and the United States hereby stipulate and agree as follows:

   1)   On July 11, 2024, the parties appeared before this Court for a detention hearing, and the Court ordered that Mr. Smith would be released to a halfway house once bed space was available. On July 22, Judge White ordered a corresponding modification to Mr. Smith's release conditions requiring that he stay in a halfway house for up to 180 days. Dkt. 228.

///

2)  The parties have now learned that a bed will be available for Mr. Smith at the San Francisco Residential Reenter Center on September 10, 2024. Accordingly, the parties and United States Probation Officer Rafael Lopez agree that the Court should order Mr. Smith released on that date.

IT IS SO STIPULATED.

Dated: September 5, 2024

/s/
August Gugelmann
SWANSON & McNAMARA LLP
Attorneys for Shindozjanae Smith

/s/
Adam Reeves
Assistant United States Attorney

## ORDER

IT IS HEREBY ORDERED that Shindozjanae Smith is to be released from custody on September 10, 2024 in order to report immediately to the San Francisco Residential Reentry Center at 111 Taylor Street, San Francisco, CA 94102.

Dated:  September 6, 2024

IT IS SO ORDERED
Judge Donna M. Ryu

HON. DONNA M. RYU
Chief Magistrate Judge